Name: Travis Smith 02014514
Place: Allred Unit
2101 FM 369N
Mail: Iowa Park, TX
City: 76367

FILED
AUG 15 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

30A
717 M
1928
Regional

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Travis Ray Smith, JR
(Full Name of Plaintiff) Plaintiff,

v.

(1) Allred unit
(Full Name of Defendant)
(2) holiday unit
(3) Zarry gist unit
(4) Smith unit
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-CV-01024-GSA-(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: Danny trejo Folsom Confinement movie — 2016-2022

2. Institution/city where violation occurred: houston TX

RECEIVED
AUG 15 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: __Selenah gomez__. The first Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

2. Name of second Defendant: __Justin Bieber__. The second Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

3. Name of third Defendant: __Alec Baldwin__. The third Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

4. Name of fourth Defendant: __Wiz Khalifa__. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __4__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Beaumont tx__ v. __tyler tx__
      2. Court and case number: __5014781z   1972709   2014514__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed__

   b. Second prior lawsuit:
      1. Parties: __Robert Smith__ v. __Robert Flores__
      2. Court and case number: __311676__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __appealed__

   c. Third prior lawsuit:
      1. Parties: __Robert Smith__ v. __Robert Flores__
      2. Court and case number: __311676__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __appealed__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __mail orders__

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☑ Disciplinary proceedings
   - ☑ Property
   - ☑ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   5a. exampling causes
   5.B. providing legal rights

   1971

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   None

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __(All)__

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __Seg rights to Restrictive timing__.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [x] Mail
   - [x] Access to the court
   - [x] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. A, Lieng concepts
   2. B, denied mail

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   __mental state__

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim II? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim II to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

# CLAIM III

1. State the constitutional or other federal civil right that was violated: **8th ammendment** **13th ammendment**

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☑ Basic necessities
   - ☑ Mail
   - ☑ Access to the court
   - ☑ Medical care
   - ☑ Disciplinary proceedings
   - ☑ Property
   - ☑ Exercise of religion
   - ☑ Retaliation
   - ☑ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: **protective custody**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   5a. protective custody that violated Religious privledges
   5B. visitation of negotiated Jurisdictioned evidence.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   thyroaryd. cancer

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☑ No
   b. Did you submit a request for administrative relief on Claim III?   ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **protective accuseationed constituted beleife. 1971**

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

Regionay

## E. REQUEST FOR RELIEF

State the relief you are seeking: _protective custody_

_Visitation Rights_

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 2015_       _David Amstu_
           DATE                                            SIGNATURE OF PLAINTIFF

_Taylor and gigi hadid_
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_Adams_
(Signature of attorney, if any) _David Amstu 9a_

_Regional Sighning_

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6