Name: Selenah lavigne

CDC No: _____

Address: _____

FILED

AUG 15 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Plaintiff/Petitioner,

v.

Defendants/Respondent.

CASE NUMBER:

1:22-CV-01024-GSA-(PC)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Taylor grande, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ✓ Yes  __ No   (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. Federal high Security

2. Are you currently employed (includes prison employment)?    ✓ Yes   __ No

   a. If the answer is "yes" state the amount of your pay. 4,000 per month

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:    __ Yes   ✓ No

   b. Rent payments, interest or dividends:    ✓ Yes   __ No

c. Pensions, annuities or life insurance payments: ✓ Yes ___ No

d. Disability or workers compensation payments: ___ Yes ✓ No

e. Gifts or inheritances: ___ Yes ✓ No

f. Any other sources: ✓ Yes ___ No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

4. Do you have cash (includes balance of checking or savings accounts)?   ✓ Yes ___ No

   If "yes" state the total amount: Italian euro 20,000,000

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ✓ Yes ___ No

   If "yes" describe the property and state its value: Lamborghini baby blue

6. Do you have any other assets?   ✓ Yes ___ No

   If "yes," list the asset(s) and state the value of each asset listed: Owner of Phila 76ers

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
   Commissary legal help
   Attorney Philadelphia

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

Aug 6th 2022
DATE

Daniel Smith
SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER