## U.S. District Court
## Eastern District of California – Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:22–cv–01024–GSA

(PC) Smith v. Allred Unit et al  
Assigned to: Magistrate Judge Gary S. Austin  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/15/2022  
Date Terminated: 08/17/2022  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Travis Ray Smith, Jr.**        represented by   **Travis Ray Smith, Jr.**
02014514
Allred Unit
2101 FM 369 North
Iowa Park, TX 76367
PRO SE

V.

**Defendant**

**Allred Unit**

**Defendant**

**Holiday Unit**

**Defendant**

**Zarry Gist Unit**

**Defendant**

**Smith Unit**

**Defendant**

**Selenah Gomez**

**Defendant**

**Justin Bieber**

**Defendant**

**Alec Baldwin**

**Defendant**

**Wiz Khalifa**

| Date Filed | # | Docket Text |

| | | |
|---|---|---|
| 08/15/2022 | Ï 1 | (1983) PRISONER CIVIL RIGHTS COMPLAINT against Allred Unit, Alec Baldwin, Justin Bieber, Selenah Gomez, Holiday Unit, Wiz Khalifa, Smith Unit, Zarry Gist Unit by Travis Ray Smith, Jr.(Maldonado, C) (Entered: 08/16/2022) |
| 08/15/2022 | Ï 2 | MOTION to PROCEED IN FORMA PAUPERIS by Travis Ray Smith, Jr. (Maldonado, C) (Entered: 08/16/2022) |
| 08/17/2022 | Ï 3 | ORDER TRANSFERRING CASE to the Southern District of Texas, signed by Magistrate Judge Gary S. Austin on 08/17/2022. *CASE TRANSFERRED to Southern District of Texas.* (Maldonado, C) (Entered: 08/17/2022) |
| 08/17/2022 | Ï | SERVICE BY MAIL: 3 Order Case Transferred Out to Another District served on Travis Ray Smith Jr. (Maldonado, C) (Entered: 08/17/2022) |