# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## NOTICE OF CASE FILING

| | |
|---|---|
| Date Case filed: | **August 18, 2022** |
| Style of Case: | **Travis Ray Smith, Jr**<br>**v.**<br>**Allred Unit, et al.** |
| Case number: | **4:22–cv–02799** |
| District Judge assigned: | **Judge Keith P. Ellison** |
| Nature of Claim: | **Civil Rights NOS 550** |

**Your case has been filed as a Prisoner Civil Rights Complaint.**

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

**United States District Clerk's Office**
**P.O. Box 61010**
**Houston, TX 77208–1010**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: August 18, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

# NOTICE OF THE RIGHT TO TRY
# A CIVIL CASE BEFORE A MAGISTRATE JUDGE

With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the district judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Travis Ray Smith, Jr | § § § § § | |
| *versus* | | Civil Action 4:22–cv–02799 |
| Allred Unit, et al. | | |

## Consent to Proceed Before a Magistrate Judge

  All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____  _____

_____  _____

## Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____  _____
Date            United States District Judge