United States District Court
Southern District of Texas
**ENTERED**
August 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVIS RAY SMITH, JR., <br> TDCJ-CID #02014514, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. H-22-2799 |
| ALLRED UNIT, *et al.*, | § § § § | |
| *Defendants.* | § | |

**ORDER**

Plaintiff, a Texas state inmate proceeding *pro se* and seeking leave to proceed *in forma pauperis*, filed this civil lawsuit under 42 U.S.C. § 1983 against various celebrities and four prison units. Having screened the complaint, the Court **ORDERS** as follows:

1. Plaintiff's complaint (Docket Entry No. 1) sets forth no factual allegations raising a viable constitutional claim for relief against any named defendant, and is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint under this case number within **THIRTY DAYS** from date of this order, pleading factual allegations sufficient to raise a viable claim for relief against each named defendant. The amended complaint must be submitted on the standardized preprinted complaint form for use by *pro se* state inmates, and include copies of all relevant prison grievances. The complaint forms are available at plaintiff's prison law library.

    The amended complaint must also state the case number and court location of plaintiff's prior or pending lawsuits and appeals, and provide addresses for service of process as to each named defendant. A defendant cannot be served with process if plaintiff fails to provide a proper service address.

    The amended complaint must also identify all alias names plaintiff has used within the past ten years.

2. Plaintiff's application to proceed *in forma pauperis* (Docket Entry No. 2) is **DENIED**. Plaintiff alleges under penalty of perjury that he has sufficient funds to pay the $402.00 filing fee. Plaintiff is **ORDERED** to pay the filing fee in full within **THIRTY DAYS** from date of this order.

3. Plaintiff's failure to comply timely and fully with this order will result in dismissal of this lawsuit for failure to pay the filing fee and/or to prosecute the lawsuit.

Signed at Houston, Texas, on this the 18th day of August, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE