United States District Court
Southern District of Texas
**ENTERED**
September 29, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVIS RAY SMITH, JR., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-2799 |
| | § | |
| ALLRED UNIT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

On August 18, 2022, the Court struck plaintiff's deficient *pro se* civil complaint and denied his motion to proceed *in forma pauperis*. Plaintiff was ordered to file a compliant complaint and pay the $402.00 filing fee within thirty days. The Court warned plaintiff that his failure to comply timely and fully with the order would result in dismissal of his lawsuit.

To-date, and despite expiration of a reasonable period of time of forty-three days or more, plaintiff has failed to file a compliant complaint, pay the filing fee, or request additional time to comply with the Court's order.

This lawsuit is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to pay the filing fee. Any and all pending motions are **DISMISSED AS MOOT**.

Signed at Houston, Texas, on this the 29th day of September, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE